UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mj-02668-AOR

UNITED STATES OF AMERICA

v.

FREROT JOASSAINT,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __Yes   X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes   X  No

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By: _____
    Dayron Silverio
    Assistant United States Attorney
    Florida Bar No. 112174
    99 N.E. 4th Street, 6th Floor
    Miami, Florida 33132-2111
    T. (305) 961-9009
    F. (305) 530-7976
    Dayron.Silverio@usdoj.gov

Application for a Complaint by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>FREROT JOASSAINT,<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. **1:20-mj-02668-AOR** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 7, 2020__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly Assaulting a Federal Officer. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Julio L. Castro, ICE Deportation Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date: 04/28/2020

*Judge's signature*

City and state: Miami, Florida

Alicia M. Otazo-Reyes, Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLIANT

I, Julio L. Castro, being duly sworn, hereby depose and state the following:

1.     I am a Deportation Officer with Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), United States Department of Homeland Security, and have been so employed for the past eight (8) years. I am assigned to the ICE/ERO Miami Field Office in Miami, Florida. As an investigative and law enforcement officer of the United States within the meaning of Title 8, Title 18, and Title 19 of the United States Code, I am empowered by law to investigate, locate, and apprehend individuals in violation of such laws, as well as to process and remove non-United States Citizens for violating the Immigration and Nationality Act.

2.     The statements in this Affidavit are based on my personal knowledge and information provided by other individuals, including law enforcement officials, as well as my review of records, documents, and other physical items obtained during the course of this investigation. I have not included each and every fact known to me or law enforcement in this investigation, instead including only those facts necessary to establish probable cause.

3.     Based on the facts set forth in this Affidavit, there is probable cause to believe that, on or about April 7, 2020, in Miami-Dade County, in the Southern District of Florida, Frerot JOASSAINT ("JOASSAINT") did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.G., J.R.M., and A.L.M., three persons designated in Title 18, United States Code, Section 1114 who were assisting an officer or employee of the United States and of an agency in a branch of the United States Government, that is, the Field Office Director for the ICE/ERO Miami Field Office of the United States Department of Homeland Security, while that officer or employee was in the performance of his official duties, which include the housing, detention, and

1

management of immigration detainees at the Krome Service Processing Center ("KRO SPC"), in violation of Title 18, United States Code, Section 111(a)(1).

## PROBABLE CAUSE

4. On or about March 17, 2020, the ICE/ERO Miami Secure Communities Interoperability Response Center ("IRC") encountered JOASSAINT, A#207 945 403, through a joint effort with the Florida Department of Corrections in Miami-Dade County, Florida. ICE/ERO Miami IRC lodged an Immigration Detainer (I-247A) with Miami-Dade Department of Corrections at the Turner Guilford Knight Correctional Center.

5. On or about March 19, 2020, JOASSAINT was transferred to KRO SPC, an ICE detention facility in Miami, Florida, to be housed pending immigration proceedings.

6. On or about April 7, 2020, JOASSAINT assaulted three federal contract detention officers at KRO SPC who were assisting the Field Office Director for the ICE/ERO Miami Field Office of the United States Department of Homeland Security in the performance of the Field Office Director's official duties, which include the housing, detention, and management of immigration detainees.

7. More specifically, at approximately at 6:50 p.m. that day, JOASSAINT was hitting one of the windows in Building 11, a housing unit inside KRO SPC.

8. In response, R.G., a detention officer employed by a contractor retained by the United States to assist in the housing, detention, and management of detainees at KRO SPC, ordered JOASSAINT to stop.

9. Upon refusing specific commands to back away from the window and stop the hitting, R.G. gave a custodial touch to separate JOASSAINT from the window.

10. At that time, JOASSAINT slapped the hand of R.G. and told him, "Don't touch me or I'm going to fuck you up."

11. R.G. used force to redirect JOASSAINT to the ground, where he became combative and aggressive.

12. JOASSAINT resisted by kicking and by biting R.G. in both hands.

13. During the altercation between R.G. and JOASSAINT, other detainees started to attack R.G.

14. Additional detention officers responded to the "officer needs assistance" call and encountered an organized group of detainees displaying aggressive and combative behavior, blocking the path of the responding detention officers and refusing to comply with the detention officers' commands.

15. Two detention officers, J.R.M. and A.L.M.—also employed by the same federal contractor as R.G.—assisted other officers to gain control and restrain JOASSAINT.

16. In rendering assistance, J.R.M. attempted to gain control over JOASSAINT, who responded by grabbing J.R.M.'s collar and choking him.

17. A.L.M. tried to help J.R.M., but was bitten by JOASSAINT on his left bicep.

18. During the incident, JOASSAINT also bit J.R.M.'s chest.

19. After JOASSAINT bit the officers, he was able get loose and run to the other side of the housing unit.

20. Additional officers responded to the incident and were finally able to gain control of JOASSAINT and remove him from the housing unit.

21. Based on the foregoing facts, there is probable cause to believe that, on or about April 7, 2020, in Miami-Dade County, in the Southern District of Florida, Frerot JOASSAINT

("JOASSAINT") did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.G., J.R.M., and A.L.M., three persons designated in Title 18, United States Code, Section 1114 who were assisting an officer or employee of the United States and of an agency in a branch of the United States Government, that is, the Field Office Director for the ICE/ERO Miami Field Office of the United States Department of Homeland Security, while that officer or employee was in the performance of his official duties, which include the housing, detention, and management of immigration detainees at the Krome Service Processing Center ("KRO SPC"), in violation of Title 18, United States Code, Section 111(a)(1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Julio L. Castro
Deportation Officer
U.S. Immigration and Customs Enforcement

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
FaceTime
(specify reliable electronic means).

Date: 4/28/20

_____
HONORABLE ALICIA M. OTAZO-REYES
U.S. MAGISTRATE JUDGE

4